IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB WINDING dba TOP TO BOTTOM CLEANING SERVICE, | ) ) ) | NO. 1:11-CV-00555 AWI SKO |
| Plaintiff, | ) ) ) | ORDER VACATING MAY 23, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| WELLS FARGO BANK, et al., | ) ) | |
| Defendants. | ) ) | |

    Defendant's motion to dismiss has been set for hearing in this case on May 23, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2011, is VACATED, and the parties shall not appear at that time. As of May 23, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE