# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING dba TOP TO BOTTOM CLEANING SERVICE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, a National Association, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-00555-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S MOTION TO FILE OUT OF TIME A REPLY TO WELLS FARGO'S SUPPLEMENTAL BRIEF**<br><br>(Doc. 49) |

On October 28, 2011, Defendant Wells Fargo, N.A. ("Wells Fargo") filed a motion for attorney's fees. (Doc. 40.) On November 30, 2011, the Court issued an order for supplemental briefing. (Doc. 47.) Defendant was ordered to file a supplemental brief on or before December 14, 2011. Plaintiff was to file any opposition or a statement in response to Defendant's supplemental brief on or before January 9, 2011. The hearing on Wells Fargo's motion was reset to January 25, 2011. On January 17, 2012, Plaintiff filed a motion requesting leave to file a reply to Wells Fargo's supplemental brief after the deadline to do so had passed. Plaintiff also filed his reply to Wells Fargo's supplemental brief. (Doc. 50.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file a brief out of time in response to Wells Fargo's supplemental brief is GRANTED;

2. Wells Fargo may file an optional reply brief **on or before January 27, 2012,** addressing Plaintiff's arguments raised in his opposition to Wells Fargo's motion for attorney's fees as well as Plaintiff's response to Wells Fargo's supplemental brief;

3. Other than the briefing permitted above, **no further briefing shall be filed absent leave of court**, which must be sought *prior* to submitting the documents for filing; and

4. To allow Wells Fargo an opportunity file a responsive brief, the hearing set for January 25, 2011, is hereby CONTINUED to **February 8, 2012, at 9:30 a.m. in Courtroom 7.**

IT IS SO ORDERED.

**Dated:   January 19, 2012**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE