# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING, dba TOP TO BOTTOM CLEANING SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:11-cv-00555-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT WELLS FARGO BANK'S MOTION FOR ATTORNEYS' FEES BE GRANTED**<br><br>**(Docs. 40, 56)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b) BE DENIED**<br><br>**(Doc. 43)** |

On February 23, 2012, the Magistrate Judge issued Findings and Recommendations that Wells Fargo Bank's ("Wells Fargo") motion for attorneys' fees be granted and that the motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) filed by Plaintiff, "Jacob Winding dba Top to Bottom Cleaning Service," be denied. (Doc. 56.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty-one (21) days after service of the order. Plaintiff filed objections on March 15, 2012. (Doc. 57.) On March 28, 2012, Wells Fargo filed a response to

1  Plaintiff's objections.  (Doc. 58.)

2       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a
3  *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
4  Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6    1.   The Findings and Recommendations issued February 23, 2012, are ADOPTED IN
7         FULL;
8    2.   Wells Fargo's motion for attorneys' fees is GRANTED in the amount of $20,171.00
9         against Plaintiff Jacob Winding and Top to Bottom Cleaning Service jointly and
10        severally; and
11   3.   Plaintiff's Rule 60(b) motion is DENIED.

14  IT IS SO ORDERED.

15  Dated:   September 25, 2012

16                                               CHIEF UNITED STATES DISTRICT JUDGE